UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA CUPP,

      Plaintiff,

v.   Case No. 11-cv-10048
    HON. MARK A. GOLDSMITH

DAYNE DUKES,
AIRGAS GREAT LAKES, INC.,

      Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

On June 23, 2011, the Court issued an order requiring Plaintiff to show cause why this matter should not be dismissed for lack of subject matter jurisdiction (Docket Entry 8). Plaintiff has not responded to the Order, and the time to do so has expired.

Accordingly, it is ordered that this case is dismissed with prejudice. See Link v. Wabash R.R. Co., 370 U.S. 626, 629-633 (1962).

Dated: July 29, 2011   s/Mark A. Goldsmith
      Flint, Michigan   MARK A. GOLDSMITH
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 29, 2011.

    s/Deborah J. Goltz
    DEBORAH J. GOLTZ
    Case Manager